**FILED**
JUL 19 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

July 18, 2011

Clerk Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

**RECEIVED**
JUL 19 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RE:    08-61469  Gibson

Dear Clerk:

Enclosed please find check #831222 in the amount of $8.28. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No. 011

| | | |
|---|---|---|
| Acct# | Name | Verizon |
| | Address | PO Box 3037 |
| | Address | Bloomington, IL  61702-3037 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.